**Jodene LARUE, Appellant,**

v.

**DENSO MANUFACTURING
ARKANSAS, INC.,
Appellee.**

**No. 09–3122.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 15, 2010.

Filed: March 18, 2010.

Jodene LaRue, Bismarck, AR, pro se.

Brandon James Harrison, Matthew Scott Jackson, Paul D. Waddell, Barrett & Deacon, argued, Jonesboro, AR, for Appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Jodene LaRue appeals the district court's[1] dismissal in part, and adverse grant of summary judgment in part, of her employment-discrimination suit against Denso Manufacturing Arkansas, Inc. (Denso). Upon de novo review, *see Great Plains Trust Co. v. Union Pac. R.R. Co.*, 492 F.3d 986, 990 (8th Cir.2007) (dismissal); *Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (summary judgment), we conclude that both the dismissal of LaRue's age-discrimination claim and the grant of summary judgment to Denso on her remaining claims were proper for the

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

---

reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.